FILED

07 JUL 31 AM 9: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____PoV_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE POPE,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION, INDYMAC BANK, PACIFIC MONARCH RESORT, INC., FIRST FEDERAL BANK, GE MONEYBANK, HOUSEHOLD BANK, and OHIO SAVING BANK,<br><br>　　　　　　　　　Defendants. | CASE NO. 07 CV 0925 JM (AJB)<br><br>ORDER (1) DENYING AS MOOT DEFENDANT FIRST FEDERAL BANK'S RULE 12(b)(6) MOTION TO DISMISS and (2) DENYING AS MOOT DEFENDANT COUNTRYWIDE HOME LOANS' RULE 12(b)(6) MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)<br><br>[Docket Nos. 4, 5] |

　　This action concerns a dispute involving title to real property. Plaintiff Catherine Pope ("Plaintiff"), proceeding pro se, alleges claims arising under the "Security Exchange Act of 1933", the "National Bank Act of 1863", and the Truth in Lending Act. The complaint was filed on May 22, 2007.

　　On June 12, 2007, defendant First Federal Bank ("First Federal") moved to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). See Docket No. 4. On June 27, 2007, defendant Countrywide Home Loans ("Countrywide") also moved to dismiss pursuant

to Rule 12(b)(6) or in the alternative for a more definite statement pursuant to Rule 12(e).  See Docket No. 5.  Plaintiff did not file any responses to the two motions, but did file on July 20, 2007 an amended complaint.

A plaintiff may file an amended complaint without leave of court before a responsive pleading has been served.  Fed. R.Civ.P. 15(a).  Since no responsive pleading has yet been served in this action, the Federal Rules permit Plaintiff to amend her complaint as of right.  Therefore, First Federal's and Countrywide's respective motions to dismiss are **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: 7/30 , 2007

JEFFREY T. MILLER
United States District Judge

cc: All parties

07cv0925