# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE POPE,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>COUNTRYWIDE HOME LOANS et al.,<br><br>　　　　　　Defendants. | CASE NO. 07CV925 JLS (AJB)<br><br>ORDER (1) ACKNOWLEDGING VOLUNTARY DISMISSAL and (2) DENYING MOTIONS AS MOOT<br><br>(Doc. Nos. 13, 15, 17, 21, 24, 27) |

Presently before the Court is plaintiff's "Judicial Notice of Dismissal."[1] (Doc. No. 27.) Where, as here, the notice of dismissal is filed "before service by the adverse party of an answer or of a motion for summary judgment," dismissal does not require an Order of the Court. Fed. R. Civ. P. 41(a)(1)(ii). Therefore, this action **HAS BEEN DISMISSED WITHOUT PREJUDICE**. The Clerk **SHALL CLOSE** the case. The Court **DENIES AS MOOT** plaintiff's motion for summary judgment (Doc. No. 13) and defendants' motions to dismiss (Doc. Nos. 15, 17, 21, & 24.)

//
//
//

---

[1] Plaintiff brings her notice pursuant to Federal Rule of Civil Procedure 41(b), which allows a <u>defendant</u> to move for dismissal. Therefore, the Court construes plaintiff's notice as a notice for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

1     IT IS SO ORDERED.

3 DATED: October 3, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge